# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AISHA HOLLINS,<br><br>  Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>  Defendant. | Case No. 2:23-cv-02033-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by March 8, 2024.

IT IS SO ORDERED.

Dated: March 4, 2024

Nancy J. Koppe
United States Magistrate Judge

1