1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: michael.burnette@jacksonlewis.com

*Attorneys for Defendant*
*Boyd Gaming Corporation*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AISHA HOLLINS<br><br>Plaintiff,<br><br>vs.<br><br>BOYD GAMING CORPORATION, and DOES 1 THROUGH 25, Inclusive,<br><br>Defendant(s). | Case No.: 2:23-cv-02033-GMN-NJK<br><br>**STIPULATION AND ORDER TO:**<br><br>(1) **VOLUNTARILY DISMISS PLAINTIFF'S 42 U.S.C. § 1983 CLAIM AGAINST DEFENDANT BOYD GAMING CORPORATION;**<br><br>(2) **WITHDRAW DEFENDANT'S PENDING PARTIAL MOTION TO DISMISS PLAINTIFF'S 42 U.S.C. § 1983 CLAIM AGAINST DEFENDANT BOYD GAMING CORPORATION AS MOOT; AND,**<br><br>(3) **EXTEND THE DEADLINE FOR DEFENDANT BOYD GAMING CORPORATION TO ANSWER PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Aisha Hollins ("Plaintiff"), by and through her counsel, the law firms of, Douglas/Hicks Law and F. Travis Buchanan, Esq. & Associates, and Defendant Boyd Gaming Corporation ("Defendant") by and through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree as follows:

1.      An attorney affiliated with the Douglas/Hicks Law office, Noel Arreola, reached out to Defendant on or about March 4, 2024, and stated that Plaintiff would not be pursuing the 42 U.S.C. § 1983 claim against Defendant, as the cause of action was erroneously included in Plaintiff's Complaint.

2.      Plaintiff has agreed to voluntarily dismiss the 42 U.S.C. § 1983 claim in Plaintiff's Complaint. ECF No.1 ¶¶ 85-98.

3.      In exchange, Defendant has agreed to withdraw its pending Partial Motion to Dismiss Plaintiff's Claim under 42 U.S.C. § 1983 as moot. ECF No. 13

4.      The parties further agree that Defendant's Answer to Plaintiff's Complaint shall be due on **March 26, 2023**.

5.      This is the first stipulation for an extension of time for Defendant to file its answer to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.      This Stipulation is made in good faith and not for the purpose of delay.

7.      Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

DATED this 8th day of March, 2024.

DOUGLAS/HICKS LAW                    JACKSON LEWIS P.C.

/s/ *Jamon R. Hicks*                                  /s/ *Deverie J. Christensen*

JAMON R. HICKS, ESQ.                      DEVERIE J. CHRISTENSEN, ESQ.
SBN: 232747- *Admitted Pro Hac Vice*    Nevada Bar No. 6596
NOEL ARREOLA, ESQ.                       MICHAEL A. BURNETTE, ESQ.
SBN: 346843 *Pro Hac Vice Pending*      Nevada Bar No. 16210
5120 W. Goldleaf Cir., Suite 140         300 S. Fourth Street, Suite 900
Los Angeles, California 90056            Las Vegas, Nevada 89101
Attorney for Plaintiff                   Attorneys for Defendant

F. TRAVIS BUCHANAN, ESQ. &
ASSOCIATES

/s/ *F. Travis Buchanan*

F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
701 E. Bridger Avenue, Suite 540
Las Vegas, Nevada 89101
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE