DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Boyd Gaming Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AISHA HOLLINS<br><br>Plaintiff,<br><br>vs.<br><br>BOYD GAMING CORPORATION, and DOES 1 THROUGH 25, Inclusive,<br><br>Defendant(s). | Case No.: 2:23-cv-02033-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Aisha Hollins ("Plaintiff"), by and through her counsel, the law firms of, Douglas/Hicks Law and F. Travis Buchanan, Esq. & Associates, and Defendant Boyd Gaming Corporation ("Defendant") by and through its counsel of record, Jackson Lewis P.C., pursuant to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| DOUGLAS/HICKS LAW<br><br>_[signature]_<br><br>JAMON R. HICKS, ESQ.<br>SBN: 232747- *Admitted Pro Hac Vice*<br>NOEL ARREOLA, ESQ.<br>SBN: 346843 *Pro Hac Vice Pending*<br>5120 W. Goldleaf Cir., Suite 140<br>Los Angeles, California 90056<br><br>F. TRAVIS BUCHANAN, ESQ. & ASSOCIATES<br>F. TRAVIS BUCHANAN, ESQ.<br>Nevada Bar No. 9371<br>701 E. Bridger Avenue, Suite 540<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br><br>/s/ *Deverie J. Christensen*<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED:

_[signature]_
United States District Court Judge

Dated: September 19, 2024